■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN CHARLES HERNANDEZ, Appellant. [62 NYS3d 265]—Judgment, Supreme Court, Bronx County (Ethan Greenberg, J.), rendered February 4, 2016, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree, and sentencing him to a term of 1½ years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal (*see People v Powell*, 140 AD3d 401 [1st Dept 2016], *lv denied* 28 NY3d 1074 [2016]), we perceive no basis for reducing the sentence. Concur—Manzanet-Daniels, J.P., Mazzarelli, Moskowitz, Kahn and Kern, JJ.